| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:06CR10003-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:17-0011 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James W. Brooks<br><br>Memphis,, TN | Western District of Tennessee | Jackson |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Senior Judge James D. Todd | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/14/2016 | TO 12/13/2021 |

21 U.S.C. § 841 (a) (1) Possession with Intent to Distribute and Distribution of 19.4 and 69.7 grams of Cocaine Base.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of this Court to the United States District Court for the _Western District of Tennessee (Jackson)_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/20/2017_
Date

_James D. Todd_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Tennessee (Nashville)_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

_1-30-17_
Effective Date

United States District Judge